914

No. 80–822.  LIVINGSTON, ADMINISTRATRIX *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 80–828.  PACIFIC LEGAL FOUNDATION ET AL. *v.* COSTLE, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL. C. A. 9th Cir.  Certiorari denied.

No. 80–832.  MILLER ET AL. *v.* CALHOUN ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 80–835.  DASCO, INC., ET AL. *v.* AMERICAN CITY BANK & TRUST Co., N. A., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 80–839.  MARTIER *v.* UNITED STATES; and
No. 80–1019.  JASTRZEBSKI *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  Reported below: 633 F. 2d 210.

No. 80–843.  CARIBE TRAILER SYSTEMS, INC., ET AL. *v.* PUERTO RICO MARITIME SHIPPING AUTHORITY ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 80–844.  SAFIR *v.* CHUDNOFF, TRUSTEE IN BANK-RUPTCY.  C. A. 2d Cir.  Certiorari denied.

No. 80–845.  KAUFMAN INVESTMENT CORP. *v.* JOHNSON ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 80–858.  INTERNATIONAL PRINTING & GRAPHIC COM-MUNICATIONS UNION ET AL. *v.* COLLIER; and
No. 80–859.  INTERNATIONAL PRINTING & GRAPHIC COM-MUNICATIONS UNION, LOCAL No. 6, ET AL. *v.* COLLIER.  Sup. Ct. Va.  Certiorari denied.  Reported below: No. 80–858, 220 Va. ciii; No. 80–859, 220 Va. civ.

No. 80–860.  OUIMET CORP. ET AL. *v.* PENSION BENEFIT GUARANTY CORPORATION ET AL.  C. A. 1st Cir.  Certiorari denied.